IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ACCOSTA,

    Petitioner,                                   No. 2:12-cv-2619 MCE KJN P

    vs.

GARY SWARTHOUT, Warden,

    Respondent.                               <u>ORDER</u>

_____/

      Respondent filed a motion to dismiss on April 19, 2013. On June 5, 2013, the court issued an order to show cause why petitioner's failure to oppose the motion should not be deemed a waiver of opposition. On June 6, 2013, petitioner requested an extension of time to file an opposition to the April 19, 2013 motion to dismiss. Petitioner's request was presented to prison officials for mailing on June 4, 2013. Petitioner claims that he did not receive the motion until on or about April 30, 2013. Good cause appearing, the order to show cause is discharged, and petitioner is granted up to and including June 30, 2013 in which to file an opposition. As noted in the June 5, 2013 order, petitioner's failure to file an opposition may be deemed a waiver of any opposition to the granting of the motion. Local Rule 230(l).

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for extension (ECF No. 16) is granted;

2. The June 5, 2013 order to show cause (ECF No. 15) is discharged; and

3 Petitioner shall file an opposition to the motion to dismiss on or before June 30, 2013. Respondent's reply shall be filed fourteen days thereafter.

DATED: June 12, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

acco2619.111