UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ACCOSTA, | No. 2:12-cv-2619 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel. On April 19, 2013, respondent filed a motion to dismiss the instant petition as untimely. Petitioner filed an opposition. On June 27, 2013, respondent filed a reply to the opposition. However, within the reply, respondent withdrew the motion to dismiss and asked the court to set a briefing schedule. Good cause appearing, the motion is deemed withdrawn, and a briefing schedule is set below.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's motion to dismiss (ECF No. 14) is withdrawn;

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254; and

////

3. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

Dated: July 22, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

acco2619.wd

2