UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ACCOSTA, | No. 2:12-cv-2619 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

On May 28, 2014, petitioner filed a letter indicating that he had not received an answer filed by respondent. Respondent filed an answer on October 16, 2013. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to mail petitioner a copy of respondent's October 16, 2013 answer (ECF No. 23); and

2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

Dated: June 6, 2014

/acco2619.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1